**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **PHERAH LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**WEEBLY, INC.,**<br><br>Defendant. | C.A. No. 1:17-cv-01190-VAC-MPT |

**DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO REPSOND TO COMPLAINT**

Defendant Weebly, Inc. ("Weebly"), through its undersigned counsel, hereby respectfully request an extension of time of thirty (30) days to respond to Plaintiff Pherah LLC's Complaint. Counsel for Defendant has consulted with counsel for Plaintiff who has consented to the relief requested herein.

In support of its motion, Defendant state as follows:

1. On August 23, 2017, Plaintiff filed its Complaint in this case. *See* Dkt. No. 7. The Complaint alleges infringement of U.S. Patent No. RE44,652.

2. Plaintiff served the Complaint on Defendant on August 31, 2017.

3. Under the Federal Rules of Civil Procedure, Defendant's response to the Complaint would be due on September 21, 2017. *See* Fed. R. Civ. P 12(1)(A)(i).

4. The parties have recently reached an agreement in principle to settle the claims in the case and require some time to meet finalize the agreement and meet their obligations under the agreement, which will result in dismissal of the claims in this case.

5.     The relief requested herein is for good cause and will not result in undue delay in the administration of this case as the parties will likely resolve all claims.

6.     For these reasons, Defendant requests a thirty (30) day extension of Defendant's time to file its answer or other response to Plaintiff's Complaint such that Defendant's answer or other response shall be due on or before October 23, 2017.

WHEREFORE, Defendant requests that the Court grant this Motion for Extension of Time to Respond to Complaint and enter the attached form order.

Dated: September 14, 2017                    FISH & RICHARDSON P.C.

                                             By: /s/ Jeremy D. Anderson
                                                 Jeremy D. Anderson (#4515)
                                                 222 Delaware Ave., 17th Floor
                                                 P.O. Box 1114
                                                 Wilmington, DE 19801
                                                 (302) 652-5070 Telephone
                                                 (302) 652-0607 Facsimile
                                                 janderson@fr.com

                                             *Attorneys for Defendant Weebly, Inc.*